*B. Rupp, Mr. H. D. Pillsbury, Mr. Frank T. Post* and *Mr. W. V. Tanner* for respondent.

---

No. 459. CITY OF JACKSON *v.* LAMAR LIFE INSURANCE COMPANY ET AL.; and

No. 460. CITY OF JACKSON *v.* MISSISSIPPI FIRE INSURANCE COMPANY ET AL. Error to the Supreme Court of the State of Mississippi. January 14, 1924. Dismissed with costs, on motion of *Mr. Garner W. Green* and *Mr. Marcellus Green* for plaintiff in error. *Mr. J. Morgan Stevens* for defendants in error.

---

No. 210. THOMAS M. BLAKE *v.* UNITED STATES. Appeal from the Court of Claims. January 28, 1924. Dismissed, on motion of counsel for appellant. *Mr. Jennings C. Wise* for appellant. *The Attorney General* for the United States.

---

## CASES DISPOSED OF IN VACATION.

No. 338. FREDERIC SCHUTTE, ADMINISTRATOR, ETC., ET AL. *v.* THOMAS W. MILLER, AS ALIEN PROPERTY CUSTODIAN, ET AL. Appeal from the Court of Appeals of the District of Columbia. June 28, 1923. Dismissed pursuant to the 28th Rule. *Mr. John Wilson Brown III* and *Mr. Alfred K. Nippert* for appellants. *The Attorney General* for appellees.

---

No. 52. MACHINERY & METALS SALES COMPANY, ETC. *v.* UNITED STATES. Appeal from the Court of Claims. July 5, 1923. Dismissed pursuant to the 28th Rule. *Mr. W. E. Humphrey* and *Mr. Wm. C. Prentiss* for appellant. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Lovett* and *Mr. W. W. Dyar* for the United States.